UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>AV AUTO REPAIR; ANH VUONG d.b.a. AV AUTO REPAIR; GTF PROPERTIES, LP; And DOES 1 THROUGH 10, Inclusive<br><br>        Defendants. | Case No.: 06cv1655 BEN (JMA)<br><br>ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES

1   Case Number: 06cv1655 BEN (JMA)

Document Date: April 12, 2007

JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, Plaintiffs, through their respective attorneys of record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv1655 BEN (JMA). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: April 23, 2007

_____
Hon. Roger T. Benitez
United States District Judge